# EXHIBIT A

# TransUnion.

TransUnion Rental Screening Solutions
PO Box 800
Woodlyn, PA 19094

P8TCR600100001

**William Hall**



08/22/2018

Dear: William Hall

Your request for a copy of your consumer report was received on 08/20/2018. We have completed processing the details of your request.

Enclosed is a copy of your consumer report as processed by TransUnion Rental Screening Solutions, LLC, a subsidiary of TransUnion, on 01/05/2017 and 07/06/2018. Details indicating the recipients of your consumer report are also enclosed.

We have also queried our criminal report and civil records database and enclosed these results as of the date of this letter. Keep in mind that changes in the criminal or civil database may have occurred between the date when any original consumer report(s) were generated and the date of this letter. This additional information will reflect any changes that have occurred, if any.

Please note that since TransUnion Rental Screening Solutions, LLC does not retain continuous access to consumer credit reports, any reports provided in this response reflect only what is retained by TransUnion Rental Screening Solutions, LLC as of the date of this letter. In order to receive a current, up-to-date copy of your consumer credit report you must request a free copy of this report directly from the credit bureau(s). The contact information for all three bureaus (Experian, Equifax, and TransUnion) is listed below:

Equifax: 1-800-685-1111
Experian: 1-888-397-3742
TransUnion: 1-800-888-4213

All data provided by hereunder is intended solely for the customer who initially receives such data directly from TransUnion Rental Screening Solutions, Inc. and/or one of its subsidiaries or affiliates (collectively "TURSS"). TURSS DOES NOT GUARANTY OR WARRANT THE ACCURACY, CORRECTNESS, OR COMPLETENESS OF THE DATA. TURSS DELIVERS ALL DATA TO CUSTOMERS ON AN "AS IS" "AS AVAILABLE" BASIS WITHOUT ANY EXPRESS OR IMPLIED WARRANTY, GUARANTY, OR REPRESENTATION OF ANY KIND CONCERNING THE DATA ITSELF, ITS MERCHANTABILITY, OR ITS FITNESS FOR A PARTICULAR PURPOSE OR FUNCTION. TURSS SHALL NOT BE LIABLE IN ANY MANNER FOR ANY CLAIMS, LOSSES, EXPENSES OR DAMAGES OF WHATEVER KIND THAT MAY ARISE OUT OF OR RESULT FROM A CUSTOMER'S RELIANCE ON (OR USE OF) THE DATA PROVIDED BY TURSS, EVEN IF TURSS HAS BEEN ALERTED TO THE POSSIBILITY OF SUCH CLAIMS, LOSSES, EXPENSES OR DAMAGES.  BY ACCESSING ANY SUCH DATA, THE CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CUSTOMER HAS NOT RELIED ON ANYTHING THAT MAY BE INCONSISTENT WITH THIS LEGAL STATEMENT.

The information contained in this telecopy message is confidential and is intended for the exclusive use of the individual or entity named above and may contain information that is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this message in error please immediately notify us by telephone to arrange its return. Thank you.

# TransUnion.

**TransUnion Rental Screening Solutions**
**PO Box 800**
**Woodlyn, PA 19094**

Alternatively, you may also obtain a free copy of your consumer credit report from all three bureaus by accessing www.annualcreditreport.com.

If you find that any information contained in the consumer report(s) enclosed is inaccurate or incomplete, you have the right to dispute the matter by contacting Customer Support at 1-800-230-9376 or TURSSDispute@transunion.com.

Sincerely,

**Consumer Relations**
**TransUnion Rental Screening Solutions, LLC**

All data provided by hereunder is intended solely for the customer who initially receives such data directly from TransUnion Rental Screening Solutions, Inc. and/or one of its subsidiaries or affiliates (collectively "TURSS"). TURSS DOES NOT GUARANTY OR WARRANT THE ACCURACY, CORRECTNESS, OR COMPLETENESS OF THE DATA. TURSS DELIVERS ALL DATA TO CUSTOMERS ON AN "AS IS" "AS AVAILABLE" BASIS WITHOUT ANY EXPRESS OR IMPLIED WARRANTY, GUARANTY, OR REPRESENTATION OF ANY KIND CONCERNING THE DATA ITSELF, ITS MERCHANTABILITY, OR ITS FITNESS FOR A PARTICULAR PURPOSE OR FUNCTION. TURSS SHALL NOT BE LIABLE IN ANY MANNER FOR ANY CLAIMS, LOSSES, EXPENSES OR DAMAGES OF WHATEVER KIND THAT MAY ARISE OUT OF OR RESULT FROM A CUSTOMER'S RELIANCE ON (OR USE OF) THE DATA PROVIDED BY TURSS, EVEN IF TURSS HAS BEEN ALERTED TO THE POSSIBILITY OF SUCH CLAIMS, LOSSES, EXPENSES OR DAMAGES. BY ACCESSING ANY SUCH DATA, THE CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CUSTOMER HAS NOT RELIED ON ANYTHING THAT MAY BE INCONSISTENT WITH THIS LEGAL STATEMENT.

The information contained in this telecopy message is confidential and is intended for the exclusive use of the individual or entity named above and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this message in error please immediately notify us by telephone to arrange its return. Thank you.

**TransUnion.**

TransUnion Rental Screening Solutions
PO Box 800
Woodlyn, PA 19094



### Consumer Reports on File

The following documents are the contents of a consumer report generated on 01/05/2017 for RentGrow and on 07/06/2018 for Gabriel Calderon.

(The rest of this page is intentionally left blank)

All data provided by hereunder is intended solely for the customer who initially receives such data directly from TransUnion Rental Screening Solutions, Inc. and/or one of its subsidiaries or affiliates (collectively "TURSS"). TURSS DOES NOT GUARANTY OR WARRANT THE ACCURACY, CORRECTNESS, OR COMPLETENESS OF THE DATA. TURSS DELIVERS ALL DATA TO CUSTOMERS ON AN "AS IS" "AS AVAILABLE" BASIS WITHOUT ANY EXPRESS OR IMPLIED WARRANTY, GUARANTY, OR REPRESENTATION OF ANY KIND CONCERNING THE DATA ITSELF, ITS MERCHANTABILITY, OR ITS FITNESS FOR A PARTICULAR PURPOSE OR FUNCTION. TURSS SHALL NOT BE LIABLE IN ANY MANNER FOR ANY CLAIMS, LOSSES, EXPENSES OR DAMAGES OF WHATEVER KIND THAT MAY ARISE OUT OF OR RESULT FROM A CUSTOMER'S RELIANCE ON (OR USE OF) THE DATA PROVIDED BY TURSS, EVEN IF TURSS HAS BEEN ALERTED TO THE POSSIBILITY OF SUCH CLAIMS, LOSSES, EXPENSES OR DAMAGES. BY ACCESSING ANY SUCH DATA, THE CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CUSTOMER HAS NOT RELIED ON ANYTHING THAT MAY BE INCONSISTENT WITH THIS LEGAL STATEMENT.

The information contained in this telecopy message is confidential and is intended for the exclusive use of the individual or entity named above and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this message in error please immediately notify us by telephone to arrange its return. Thank you.

**T TransUnion. SmartMove.**

2.33.0.0

Tenant Screening for Every Landlord™

## Application #1000004616261

| Applicant | Recommendation | Open Bankruptcy | Credit Score | Applicant Role | Status | Reports | Regenerate | Del? |
|---|---|---|---|---|---|---|---|---|
| William Hall (XXX-XX-█ | Accept | | █ | Primary Renter | Completed (07-06-18 03:42 PM) | ● 🔵 ● ● | Credit / Criminal / Eviction | |

### Criminal Records by state | William  R  Hall   DOB | █ 1968 SSN | XXX-XX-█████ CANTON  Georgia ██

### Summary: 1 Records Found in 1 States

| South Carolina (1) | Record | First Name | Middle Name | Last Name | DOB | SSN | Dataset |
|---|---|---|---|---|---|---|---|
| | 1 | WILLIAM | R. | HALL | | No SSN Retained | SCCO2 |

### Eviction Report

William Hall (XXX-XX-█   , DOB : █1968 ████
CANTON, Georgia █

Application No #1000004616261 Created On Date : 7/6/2018
3:42:08 PM

#### State Report

**State**

AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MS, MT, NC, NO, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VA, VI, VT, WA, WI, WV, WY

**# of Records**

**Action/Report**

0

No Records Found



7/11/2018 6:36 PM

Applicant Information Submitted

Date of Birth: ███/1968
SSN: XXX-XX-███    Address:

CANTON, GA

Name: William R. Hall

# WILLIAM R. HALL

Photo Unavailable

Dataset: SC Dept of Corrections
DOB: N/A
Age: N/A
SSN: N/A
Residence: N/A

## Aliases
No aliases found

## Physical Features

**PHYSICAL DETAILS**
Sex: M
Height: 5' 8"
Weight: 150 lb
Eye Color: Haz
Hair Color: Gry
Race: White
Complexion: Olive

**PERSON PHYSICAL FEATURES**
No physical features listed

## Summary

| Incident(s): | Booking(s): | Arrest(s): |
|:---:|:---:|:---:|
| 0 | 0 | 0 |

| Court Action(s): | Sentencing(s): | Supervision(s): |
|:---:|:---:|:---:|
| 1 | 0 | 0 |

## Comments

## Court Action

### Court Charge
Charge Sequence Id: 1

Charge Description: CRIM SEX COND W/MINOR(1ST

**CHARGE DISPOSITION**

Charge Disposition Additional Information: [COUNTY: AIKEN]

# $  Income Insights Report

8/22/2018

TransUnion's Income Estimate ⓘ



# We estimate William's income may be **$5,000 or more lower** than what they reported*. Consider verifying the applicant's income.

**\*Applicant Self Reported Income:** ▮▮▮▮▮▮
Per Year

---

Estimated Income to Rent ⓘ

## We estimate William's household income may be at least **3X the annual rent**.

---

## Have Questions?

### Read more about this report in our FAQs

Income Insights is based on a predictive estimate of a consumer's total income and is intended to help flag applicants who require additional documentation, such as a pay stub. Adverse action based on this estimate is not permitted.

# Credit Report

8/22/2018 10:18 AM

Applicant Information Submitted

Name:    William R Hall

Address:   ████████

CANTON, GA ████

SSN Message: SSN Match (confirmed by bureau)

---

# William R Hall Jr

**AKA**

William Russell Hall

**Addresses**

Current Address
████████
Anderson SC ███
Reported:  08/12

Current Address
████████
Canton GA ███
Reported:  10/11

Current Address
████████
Anderson SC ███

# Employment

Mike Bell Chevrolet

Carolina For
Honea Path, SC

# Consumer Statements

| Type | Explanation |
| --- | --- |
| Regular consumer statement | Do not confuse with consumers of similar identification; verify all identifying information. |

# Profile Summary

**Record Counts**

| Tradelines. | Collections. | Public Records: | Inquiries: |
| --- | --- | --- | --- |
| 37 | 0 | 0 | 10 |

**Derogatory Items**

| Negative Tradelines: | Tradelines with any historical negatives: | Occurrence of any historical negatives: |
| --- | --- | --- |
| 0 | 0 | 0 |

**Tradeline Summary**

| | Count | High Credit | Credit Limit | Balance | Past Due | Payment | Available |
|---|---|---|---|---|---|---|---|
| Revolving | | | | | | | |
| Installment | | | | | | | |
| Mortgage | | | | | | | |
| Open | | | | | | | |
| Closed w Bal | | | | | | | |
| Total | | | | | | | |



# ResidentScore

| ResidentScore | Score Factors |
|---|---|
|  | Too many inquiries<br>Average balance of auto accounts is too high<br>Recency of a balance overlimit on a bankcard account |

# Tradelines



**Tradelines Total**

| Count | Balance Total | Total Credit Limit | Total Past Due |
|---|---|---|---|
| | | | |

**Trades**



**Payment History**

|      | May | Apr |
|------|-----|-----|
| 2018 |  | |

**Late Payment Summary**
**(2 Months)**

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 |  60 | | |



**Payment History**

|      | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|
| 2018 | ● | ● | ● | ● | ● |

|      | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2017 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

|      | Dec | Nov | Oct | Sep | Aug |
|------|-----|-----|-----|-----|-----|
| 2016 | ● | ● | ● | ● | ● |

**Late Payment Summary**
**(22 Months)**

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | | |

P8TCR600100001          005021

Payment History



| 2018 | May | Apr | Mar | Feb | Jan | | | | | | | |
| 2017 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2016 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2015 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2014 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | | | | | |

Late Payment Summary
(48 Months)

| 0 | 0 | 0 | 0 |
| 30 | 60 | | |



Payment History

| 2018 | May | Apr | Mar | Feb | Jan | | | | | | | |
| 2017 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2016 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | | | | |

Late Payment Summary
(25 Months)

| 0 | 0 | 0 | 0 |
| 30 | 60 | | |

**Payment History**

| 2018 | May |
| --- | --- |
| |  |

**Late Payment Summary**
**(1 Month)**

| 0 | 0 | 0 | 0 |
| --- | --- | --- | --- |
| 30 | 60 | ● | ● |

**Payment History**

| 2018 | May | Apr | Mar | Feb | Jan | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ● | ● | ● | ● | N/A | | | | | | | |

| 2017 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

| 2016 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ● | ● | ● | ● | ● | ● | ● | ● | ● | | | |

**Late Payment Summary**
**(26 Months)**

| 0 | 0 | 0 | 0 |
| --- | --- | --- | --- |
| 30 | 60 | ● | ● |



## Payment History

| 2018 | May | Apr | Mar | Feb | Jan |     |     |     |     |     |     |     |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|      | ●   | ●   | ●   | ●   | ●   |     |     |     |     |     |     |     |

| 2017 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|      | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |

| 2016 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|      | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |

| 2015 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|      | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |

| 2014 | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|------|-----|-----|-----|-----|-----|-----|-----|
|      | ●   | ●   | ●   | ●   | ●   | ●   | ●   |

## Late Payment Summary
### (48 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | ● | ● |



**Payment History**



|      | May | Apr | Mar | Feb | Jan |     |     |     |     |     |     |     |     |
| 2018 | ●   | ●   | ●   | ●   | ●   |     |     |     |     |     |     |     |     |

|      | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2017 | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |

|      | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2016 | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |

|      | Dec | Nov | Oct | Sep |
| 2015 | ●   | ●   | ●   | ●   |

**Late Payment Summary**
**(33 Months)**

| 0  | 0  | 0  | 0  |
| 30 | 60 | 90 |    |



*P00000*

P8TCR600100001

007/021

## Payment History



2018 — May Apr Mar Feb Jan

2017 — Dec Nov Oct Sep Aug Jul Jun May Apr Mar Feb Jan

2016 — Dec Nov Oct Sep Aug Jul Jun May Apr Mar Feb Jan

2015 — Dec Nov Oct Sep Aug Jul Jun May Apr Mar Feb Jan

2014 — Dec Nov Oct Sep Aug Jul Jun

### Late Payment Summary
(48 Months)



| 30 | 60 | | |
|----|----|---|---|
| 0 | 0 | 0 | 0 |

**Payment History**

| 2018 | May | Apr | Mar | Feb | Jan |     |     |     |     |     |     |     |     |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

| 2017 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

| 2016 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

| 2015 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

| 2014 | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|------|-----|-----|-----|-----|-----|-----|-----|

**Late Payment Summary**
**(48 Months)**

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | | |

Payment History



| 2018 | May | Apr | Mar | Feb | Jan | | | | | | | |
| 2017 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2016 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2015 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2014 | Dec | Nov | Oct | Sep | | | | | | | | |

Late Payment Summary
(45 Months)

0    0    0    0
30   60



Late Payment Summary
(3 Months)

0    0    0    0
30   60



## Payment History

| 2018 | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|

| 2017 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

| 2016 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

| 2015 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

| 2014 | Dec | Nov | Oct | Sep |
|------|-----|-----|-----|-----|

### Late Payment Summary
### (45 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | | |



Payment History

2018                    Apr

Late Payment Summary
(1 Month)
  0        0        0        0
 30       60

## Payment History

|      | Apr | Mar | Feb | Jan |     |     |     |     |     |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | ● | ● | ● | ● | | | | | |

|      | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2017 | ● | ● | ● | ● | ● | ● | ● | ● | ● |

### Late Payment Summary
(13 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | ● | ● |



## Payment History

|      | Mar | Feb | Jan |     |     |     |     |     |     |     |     |     |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2018 | ● | ● | ● | | | | | | | | | |

|      | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2017 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

|      | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2016 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

|      | Dec | Nov | Oct | Sep | Aug |
|------|-----|-----|-----|-----|-----|
| 2015 | ● | ● | ● | ● | ● |

### Late Payment Summary
(32 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | ● | ● |



P8TCR60010001   010021



**Payment History**

| | Mar |
|---|---|
| 2018 |  |

**Late Payment Summary**
**(1 Month)**

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | | |

**Payment History**

| | Feb | Jan |
|---|---|---|
| 2018 | | |

| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | | | | | | |

| | Dec | Nov | Oct |
|---|---|---|---|
| 2016 | | | |

**Late Payment Summary**
**(17 Months)**

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | | |



## Payment History

| 2018 | | | | | | | | | | | | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 2017 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N/A | N/A | | | | | | | | | |

| 2016 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 2015 | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|
| | | | | N/A | | | |

## Late Payment Summary
### (32 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | | |



01/01/01

P8TCR600100001

Payment History

| 2017 | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|

| 2016 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
|---|---|---|---|---|---|---|---|---|

Late Payment Summary
(18 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | | |



Payment History

| 2017 | Apr | Mar | Feb | Jan |
|---|---|---|---|---|

| 2016 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|---|---|---|---|---|

Late Payment Summary
(14 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | | |



## Payment History

| | Feb | Jan | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2016** | ● | ● | | | | | | | | | | |

| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2015** | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2014** | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

| | Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|
| **2013** | ● | ● | ● | ● | ● |

**Late Payment Summary**
**(31 Months)**

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | ● | ● |



P8TCR60010000I

01/2021

Payment History

| 2016 | Jan |
| --- | --- |

| 2015 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| 2014 | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
| --- | --- | --- | --- | --- | --- | --- | --- |

Late Payment Summary
(20 Months)

| 0 | 0 | 0 | 0 |
| --- | --- | --- | --- |
| 30 | 60 | | |

Payment History

| 2016 | Jan |
| --- | --- |

| 2015 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Late Payment Summary
(12 Months)

| 0 | 0 | 0 | 0 |
| --- | --- | --- | --- |
| 30 | 60 | | |



## Payment History

**2015**

| Mar | Feb | Jan |
|-----|-----|-----|
| ● | ● | ● |

**2014**

| Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
|-----|-----|-----|-----|-----|-----|-----|-----|
| ● | ● | ● | ● | ● | ● | ● | ● |

### Late Payment Summary
### (11 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | ● | ● |

*MOOOOO*

013021

P8TCR60010000l

**Payment History**



| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | | | | | | | | | | | | Jan |
| 2014 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2013 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2012 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2011 | Dec | Nov | | | | | | | | | | |

Late Payment Summary
(39 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | | | |



**Payment History**

| 2014 | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|

| 2013 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

| 2012 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

| 2011 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

| 2010 | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|------|-----|-----|-----|-----|-----|-----|-----|

**Late Payment Summary**
**(48 Months)**

| 30 | 60 | 90 | 120 |
|----|----|----|-----|
| 0  | 0  | 0  | 0   |

| 2014 | Jan |
|------|-----|

| 2013 | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
|------|-----|-----|-----|-----|-----|-----|-----|-----|

**Late Payment Summary**
**(9 Months)**

| 30 | 60 | 90 | 120 |
|----|----|----|-----|
| 0  | 0  | 0  | 0   |



Payment History

| | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|
| 2013 | | | | | | | |

| | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | | | | N/A | N/A | N/A | N/A | N/A | | |

Late Payment Summary
(17 Months)

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | | |

**Payment History**

| 2012 | | Feb | Jan |
|------|---|-----|-----|
| | |  | |

| 2011 | | Dec | Nov | Oct | Sep | Aug | Jul |
|------|---|-----|-----|-----|-----|-----|-----|
| | | | | | | | |

**Late Payment Summary**
**(8 Months)**

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | | |





**Payment History**

| 2011 | | Jun | May |
|------|---|-----|-----|
| | | | |

**Late Payment Summary**
**(2 Months)**

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 30 | 60 | | |



Payment History

| 2011 | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|

| 2010 | Dec | Nov | Oct | Sep |
|------|-----|-----|-----|-----|

Late Payment Summary
(8 Months)

| 0 | 0 | 0 | 0 |
|----|----|----|----|
| 30 | 60 | | |



Payment History

| 2011 | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|

Late Payment Summary
(4 Months)

| 0 | 0 | 0 | 0 |
|----|----|----|----|
| 30 | 60 | | |



## Payment History

| 2010 | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|
|      | ● | ● | ● | ● | ● | ● | ● | ● |

| 2009 | Dec | Nov |
|------|-----|-----|
|      | ● | ● |

### Late Payment Summary
(10 Months)

| 30 | 60 | 90 | 120 |
|----|----|----|-----|
| 0  | 0  | 0  | 0   |



## Payment History

| 2009 | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr |
|------|-----|-----|-----|-----|-----|-----|-----|-----|
|      | ● | ● | ● | ● | ● | ● | ● | ● |

### Late Payment Summary
(8 Months)

| 30 | 60 | 90 | 120 |
|----|----|----|-----|
| 0  | 0  | 0  | 0   |

# Inquiries





**TransUnion** | Background Data Solutions

Application Summary

## William Hall
███/1968

Application # :    B24488208D5BC
Created On:        1/5/2017 5:43:54 PM

### 🏠 Eviction

| Search | State | # of Records | Action/ Status |
|--------|-------|--------------|----------------|
| Instant | South Carolina, Georgia, Pennsylvania, Maryland | 0 | 0 Records Found |

**TransUnion**   Customer Support 1-800-568-5665   |   © 2006-2009 TransUnion LLC, All Rights Reserved  Use of this site is restricted to authorized users only.

Application Summary

William Hall
 1968

Application #:     B399194621837
Created On:        8/22/2018 10:46:06 AM

## Most Wanted

| Search | State | # of Records | Action/ Status |
|--------|-------|--------------|----------------|
| Instant | Most Wanted List | 0 | 0 Records Found |

## Sex Offender

| Search | State | # of Records | Action/ Status |
|--------|-------|--------------|----------------|
| Instant | National Sex Offender | 0 | 0 Records Found |

## Federal

| Search | State | # of Records | Action/ Status |
|--------|-------|--------------|----------------|
| Instant | Potential OFAC Match | 0 | 0 Records Found |

## Criminal

| Search | State | # of Records | Action/ Status |
|--------|-------|--------------|----------------|
| Instant | Illinois, Indiana, Michigan, Ohio, Iowa, Kansas, Minnesota, Missouri, Nebraska, North Dakota, Wisconsin, New Jersey, New York, Pennsylvania, Connecticut, Maine, New Hampshire, Rhode Island, Vermont, Alabama, Mississippi, Tennessee, District of Columbia, Florida, Georgia, Kentucky, Maryland, North Carolina, South Carolina, Virginia, Arkansas, Louisiana, Oklahoma, Texas, Arizona, Colorado, Idaho, Montana, Nevada, New Mexico, Utah, Alaska, California, Hawaii, Oregon, Washington, West Virginia | 0 | 0 Records Found |

## Eviction

| Search | State | # of Records | Action/ Status |
|--------|-------|--------------|----------------|
| Instant | Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virgin Islands, Virginia, Washington, West Virginia, Wisconsin, Wyoming | 0 | 0 Records Found |



TransUnion Rental Screening Solutions
PO Box 800
Woodlyn, PA 19094



### CONSUMER REPORT IN⬚UIRIES WITH TRANSUNION RENTAL SCREENING SOLUTIONS

The following inquiries were made against your consumer report(s) over the past two years:

Company ⬚ame: RentGrow
Date of Inquiry: 1/5/2017
Company Phone ⬚umber: (800) 736-8476
Company Address: 307 Waverley Oaks Road Suite 301 Waltham, MA 02452
Type of Business: Tenant Screening

Company ⬚ame: Gabriel Calderon
Date of Inquiry: 1/6/2018
Company Phone ⬚umber: (805) 701-5743
Company Address: 79 Tahoe Drive, ⬚ewnan, GA 30263
Type of Business: Tenant Screening

All data provided by hereunder is intended solely for the customer who initially receives such data directly from TransUnion Rental Screening Solutions, Inc. and/or one of its subsidiaries or affiliates (collectively "TURSS"). TURSS DOES NOT GUARANTY OR WARRANT THE ACCURACY, CORRECTNESS, OR COMPLETENESS OF THE DATA. TURSS DELIVERS ALL DATA TO CUSTOMERS ON AN "AS IS" "AS AVAILABLE" BASIS WITHOUT ANY EXPRESS OR IMPLIED WARRANTY, GUARANTY, OR REPRESENTATION OF ANY KIND CONCERNING THE DATA ITSELF, ITS MERCHANTABILITY, OR ITS FITNESS FOR A PARTICULAR PURPOSE OR FUNCTION. TURSS SHALL NOT BE LIABLE IN ANY MANNER FOR ANY CLAIMS, LOSSES, EXPENSES OR DAMAGES OF WHATEVER KIND THAT MAY ARISE OUT OF OR RESULT FROM A CUSTOMER'S RELIANCE ON (OR USE OF) THE DATA PROVIDED BY TURSS, EVEN IF TURSS HAS BEEN ALERTED TO THE POSSIBILITY OF SUCH CLAIMS, LOSSES, EXPENSES OR DAMAGES. BY ACCESSING ANY SUCH DATA, THE CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CUSTOMER HAS NOT RELIED ON ANYTHING THAT MAY BE INCONSISTENT WITH THIS LEGAL STATEMENT.
The information contained in this telecopy message is confidential and is intended for the exclusive use of the individual or entity named above and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this message in error please immediately notify us by telephone to arrange its return.
Thank you.



# TransUnion®

TransUnion Rental Screening Solutions
Attn: Disputes
PO Box 800
Woodlyn, PA 19094

### TURSS Sources of Data

The information TransUnion Rental Screening Solutions (TURSS) has on file related to you and / or included in your current and/or historical consumer report(s) generated on 07/06/2018 was collected from public record sources by TransUnion Rental Screening Solutions or a company TURSS hired to collect such information. If you submit a dispute of the accuracy of a public record item, TransUnion Rental Screening Solutions may update the item based on the information you provide, or we may investigate your dispute by checking with the public record source or by asking our vendor to verify that the current status of the public record is reported accurately.

The public record sources used to generate the report(s) are as follows:

South Carolina, Aiken County

All data provided by hereunder is intended solely for the customer who initially receives such data directly from TransUnion Rental Screening Solutions, Inc. and/or one of its subsidiaries or affiliates (collectively "TURSS"). TURSS DOES NOT GUARANTY OR WARRANT THE ACCURACY, CORRECTNESS, OR COMPLETENESS OF THE DATA. TURSS DELIVERS ALL DATA TO CUSTOMERS ON AN "AS IS" "AS AVAILABLE" BASIS WITHOUT ANY EXPRESS OR IMPLIED WARRANTY, GUARANTY, OR REPRESENTATION OF ANY KIND CONCERNING THE DATA ITSELF, ITS MERCHANTABILITY, OR ITS FITNESS FOR A PARTICULAR PURPOSE OR FUNCTION. TURSS SHALL NOT BE LIABLE IN ANY MANNER FOR ANY CLAIMS, LOSSES, EXPENSES OR DAMAGES OF WHATEVER KIND THAT MAY ARISE OUT OF OR RESULT FROM A CUSTOMER'S RELIANCE ON (OR USE OF) THE DATA PROVIDED BY TURSS, EVEN IF TURSS HAS BEEN ALERTED TO THE POSSIBILITY OF SUCH CLAIMS, LOSSES, EXPENSES OR DAMAGES. BY ACCESSING ANY SUCH DATA, THE CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CUSTOMER HAS NOT RELIED ON ANYTHING THAT MAY BE INCONSISTENT WITH THIS LEGAL STATEMENT.
The information contained in this telecopy message is confidential and is intended for the exclusive use of the individual or entity named above and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this message in error please immediately notify us by telephone to arrange its return.
Thank you.

# Trans Union LLC Approved Legally Mandated Notices as of February 8, 2017

## GENERAL SUMMARY OF CONSUMER RIGHTS UNDER THE FCRA

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore, or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment -- or to take another adverse action against you -- must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need - usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.



# Trans Union LLC Approved Legally Mandated Notices as of February 8, 2017

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | Federal Trade Commission<br>Consumer Response Center - FCRA<br>Washington, DC 20580                1-877-382-4357 |
| 2. To the extent not included in item 1 above: | Office of the Comptroller of the Currency |
| a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | Federal Reserve Consumer Help<br>PO Box 1200<br>Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and Insured state savings associations | FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO) |

# Trans Union LLC Approved Legally Mandated Notices as of February 8, 2017

| | |
|---|---|
| | 1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement &<br>Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590                              1-202-366-1306 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area<br>supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor<br>operates or<br>Federal Trade Commission: Consumer Response Center-<br>FCRA<br>Washington, DC 20580                              1-877-382-4357 |

Confidential – For Internal Use Only

*C00000*

P8TCR60010O001      020021

# Trans Union LLC Approved Legally Mandated Notices as of February 8, 2017

## SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT

*Para informacion en espanol, visite www.consumerfinance.gov o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security Number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1.  **You have the right to ask the nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

    *   Equifax: 1-800-525-6285; www.equifax.com
    *   Experian: 1-888-397-3742; www.experian.com
    *   TransUnion: 1-800-680-7289; www.transunion.com

    An <u>initial</u> fraud alert stays in your file for at least 90 days. An <u>extended</u> alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. If you ask for an <u>extended</u> <u>alert</u>, you will have to provide an <u>identity theft report</u>. An <u>identity theft report</u> includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the <u>identity</u> <u>theft report</u>, visit www.consumerfinance.gov/learnmore.

2.  **You have the right to free copies of the information in your file (your "file disclosure").** An <u>initial fraud alert</u> entitles you to a copy of all information in your file at each of the three nationwide agencies, and an <u>extended alert</u> entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

3.  **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information. A creditor or** other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

4.  **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

# Trans Union LLC Approved Legally Mandated Notices as of February 8, 2017

5.  **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

6.  **You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has may other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

Confidential – For Internal Use Only

P8TCR60010001    021/021

*K00000*