# EXHIBIT B



# Aiken County
# Second Judicial Circuit
# Public Index



Aiken County Home Page   South Carolina Judicial Department Home Page   SC.GOV Home Page

**Switch View**

## The State of South Carolina VS William R Hall

| Case Number: | D705759 | Court Agency: | General Sessions | Filed Date: | 05/19/1993 |
|---|---|---|---|---|---|
| Case Type: | Criminal-Clerk | Case Sub Type: | | | |
| Status: | Disposed | Assigned Judge: | Meek, Max Andrew Sr. | Disposition Judge: | Solicitor |
| Disposition: | Nolle Prosequi | | | | |
| Disposition Date: | 08/30/1994 | Date Received: | 05/19/1993 | Arrest Date: | 05/18/1993 |
| Law Enf. Case: | | True Bill Date: | | No Bill Date: | |
| Prosecutor Case: | | Indictment Number: | 1994GS0200525 | Waiver Date: | |
| Probation Case: | | | | | |

## Case Parties

Click the icon to show associated parties.

| Name | Address | Race | Sex | Year Of Birth | Party Type | Party Status | Last Updated |
|---|---|---|---|---|---|---|---|
| A-1 081393 5CSE | | | | | Bond Entity | | 02/11/2009 |
| Hall, William R | 469 CAREY DR BEECH ISLAND SC 29841 | White | M | 1936 | Defendant | | 02/11/2009 |

## Charges

| Name | Charge Code - Charge Description | Original Charge Code - Original Charge | Disposition Date |
|---|---|---|---|
| Hall, William R | 0159-Sex / Criminal sexual conduct with minors (no longer used)(see 0385, 0396, 0397) | 0159-Sex / Criminal sexual conduct with minors (no longer used)(see 0385, 0396, 0397) | 08/30/1994 |

## Sentencing

| And/Or | Description | Amount | Units | Begin Date | End Date | Completion Date | Consecutive or Concurrent |
|---|---|---|---|---|---|---|---|
| | DEF PLED TO RELATED CHARGE | | | | | | |

## Bonds

### Bond Information

| Bond Id | Set Date | Amend Date | Set By | Type | Amount | Type | Amount | Condition |
|---|---|---|---|---|---|---|---|---|
| D705759 | 05/19/1993 | | | Surety Bond | $25,000.00 | | $0.00 | |

### Post Information

| Bond Id | Bond Type | Amount | Date Posted | Posted By |
|---|---|---|---|---|
| D705759 | Surety Bond | $25,000.00 | 05/19/1993 | A-1 081393 5CSE |

CMSWeb 6.1 © 2013 South Carolina Judicial Department • All rights reserved