# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM R. HALL, JR., individually and as a representative of the classes,<br><br>    Plaintiff,<br><br> v.<br><br>TRANSUNION RENTAL SCREENING SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 1:18-cv-05141-WMR-JB |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for TransUnion Rental Screening Solutions, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

<u>Plaintiff</u>:  William R. Hall, Jr.

<u>Defendant</u>: Defendant TransUnion Rental Screening Solutions, Inc. is a wholly owned subsidiary of Trans Union LLC. Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity with the ticker

symbol TRU. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10% of the stock of Defendant's ultimate parent, TransUnion. No public company directly owns 10% or more of the stock in Defendant TransUnion Rental Screening Solutions, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:   E. Michelle Drake
                 Joseph Hashmall
                 Gary B. Andrews, Jr.

For Defendant:   Robert B. Remar
                 Joshua P. Gunnemann
                 Cameron B. Roberts
                 Michael O'Neil
                 Albert E. Hartmann
                 Maxwell J. Eichenberger

Submitted this 28th day of November 2018.

|  |  |
|---|---|
|  | */s/ Robert B. Remar* |
|  | Robert B. Remar |
|  | Ga. Bar. No. 600575 |
|  | Joshua P. Gunnemann |
|  | Ga. Bar. No. 152250 |
|  | Cameron B. Roberts |
|  | Ga. Bar No. 599839 |
| ROGERS & HARDIN LLP | |
| 229 Peachtree Street NE | |
| 2700 International Tower | |
| Atlanta, GA 30303 | |
| Telephone: (404) 522-4700 | |
| Facsimile: (404) 525-2224 | |
| jgunnemann@rh-law.com | |
| croberts@rh-law.com | |
|  |  |
| REED SMITH LLP | Michael O'Neil |
| 10 South Wacker Drive, 40th Floor | (*pro hac vice* forthcoming) |
| Chicago, IL  60606 | Albert E. Hartmann |
| Telephone: (312) 207-1000 | (*pro hac vice* forthcoming) |
| michael.oneil@reedsmith.com | |
| ahartmann@reedsmith.com | |

*Counsel for Defendant*

## CERTIFICATION OF COMPLIANCE WITH L.R. 5.1B

I hereby certify that the foregoing has been computer processed with 14 point New Times Roman font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1B.

This 28th day of November 2018.

                                         */s/ Robert B. Remar*
                                         Robert B. Remar
                                         Ga. Bar. No. 600575

                                         *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was filed electronically with the Clerk of the Court using the CM/ECF system which will automatically serve notice to all counsel of record.

This 28th day of November 2018.

>  */s/ Robert B. Remar*
>  Robert B. Remar
>  Ga. Bar. No. 600575
>
>  *Counsel for Defendant*