UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William R. Hall, Jr., individually and as a representative of the classes,<br><br>Plaintiff,<br><br>TransUnion Rental Screening Solutions, Inc.,<br><br>Defendant. | Case No. 1:18 cv-05141-JPB-AJB |

**TRANSUNION RENTAL SCREENING SOLUTIONS, INC.'S
NOTICE OF FILING DOCUMENTS BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant TransUnion Rental Screening Solutions, Inc. ("TURSS"), pursuant to Rule 6.2(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, hereby respectfully submits this Notice of Filing Documents Before the United States Judicial Panel on Multidistrict Litigation ("JPML").

On January 21, 2020, TURSS and Trans Union LLC filed a Motion to Transfer Actions to the Northern District of Georgia Pursuant to 28 U.S.C. § 1407 for Centralization of the Actions for Coordinated or Consolidated Pretrial Proceedings with the Judicial Panel on Multidistrict Litigation ("Motion to Transfer"), a copy of which is attached hereto. *See In Re: TransUnion Rental Screening Solutions, Inc., Fair Credit Reporting Act (FCRA) Litigation*, MDL No.

2933 (J.P.M.L. Jan. 21, 2020).  In the Motion to Transfer, TURSS and Trans Union LLC requested that the Panel transfer and centralize the above-captioned action with the following five (5) actions:

1. *McIntyre v. TransUnion, LLC et al.*, No. 2:18-cv-03865 (E.D. Pa.) (filed Sept. 10, 2018);

2. *Francis v. TransUnion Rental Screening Solutions, LLC*, No. 1:19-cv-01185 (E.D. Va.) (filed Sept. 13, 2019);

3. *Robinson et al. v. TransUnion Rental Screening Solutions, Inc.*, No. 8:19-cv-019944-JLS (KES) (filed Oct. 18, 2019);

4. *Hector et al. v. TransUnion Rental Screening Solutions, Inc.*, No. 3:19-cv-00790 (E.D. Va.) (filed Oct. 25, 2019); and

5. *Lewis. v. TransUnion Rental Screening Solutions, Inc.*, No. 2:20-cv-00531 (removed to C.D. Cal. on Jan. 17, 2020).

Dated: January 24, 2020

Respectfully submitted,

*/s/ Robert B. Remar*

Robert B. Remar (Ga. Bar No. 600575)
Joshua P. Gunnemann (Ga. Bar No. 152250)
Cameron B. Roberts (Ga. Bar No. 599839)
**ROGERS & HARDIN LLP**
2700 International Tower
229 Peachtree Street N.E.
Atlanta, GA  30303-1601
T: 404-522-4700
F: 404-230-0966
rremar@rh-law.com
jgunnemann@rhlaw.com
croberts@rh-law.com

-and-

Michael O'Neil (*Pro Hac Vice*)
Albert E. Hartmann (*Pro Hac Vice*)
William S. Weltman (*Pro Hac Vice*)
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL  60606-7507
T: 312-207-1000
F: 312-207-6400
michael.oneil@reedsmith.com
ahartmann@reedsmith.com
wweltman@reedsmith.com

*Attorneys for Defendant TransUnion Rental Screening Solutions, Inc.*

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 5.1

The undersigned, an attorney, hereby certifies that on January 24, 2020, a true and accurate copy of the foregoing, which has been prepared using 14-point Times New Roman font, was filed electronically with the clerk of the United States District Court for the Northern District of Georgia.  Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF-registered parties.  Parties may access this filing through the Court's CM/ECF system.

/s/ Robert B. Remar

Robert B. Remar (Ga. Bar No. 600575)
Joshua P. Gunnemann (Ga. Bar No. 152250)
Cameron B. Roberts (Ga. Bar No. 599839)
**ROGERS & HARDIN LLP**
2700 International Tower
229 Peachtree Street N.E.
Atlanta, GA  30303-1601
T: 404-522-4700
F: 404-230-0966
rremar@rh-law.com
croberts@rh-law.com

*Attorneys for Defendant TransUnion
Rental Screening Solutions, Inc.*