IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William R. Hall, Jr., individually and as a representative of the classes, | Civil Action No. 1:18-cv-05141-JPB-AJB |
| Plaintiff, | |
| v. | |
| TransUnion Rental Screening Solutions, Inc. | |
| Defendant. | |

## ORDER

Based on the March 13, 2020 Joint Status Report and Motion Regarding Suspension of Certain Deadlines, and good cause shown therein, **IT IS HEREBY ORDERED**:

The Parties' deadlines for expert disclosures, and Plaintiff's deadline to move for class certification, continue to be suspended. By April 20, 2020, the Parties shall file an additional status report, and propose new deadlines for filing of a motion to compel and/or motion for protective order (if necessary), class certification motion practice, and expert disclosures.

**IT IS SO ORDERED.**

Dated: March 23, 2020

*[signature]*
_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE