UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM R. HALL, JR. *individually and as a representative of the classes,*<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION RENTAL SCREENING SOLUTIONS, INC.<br><br>Defendant. | CIVIL ACTION NO.<br><br>1:18-CV-5141-JPB-AJB |

## **ORDER**

This matter comes before the Court on the Transfer Order [Doc. 82] regarding Multi-District Litigation No. 2933 in which the undersigned will preside. Therefore, the Clerk is directed to terminate reference to the magistrate judge.

**SO ORDERED** this 3rd day of April, 2020.

_____
**J. P. BOULEE**
United States District Judge